# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMAN TERENCE PONCE, JR., <br><br> Petitioner, <br><br> v. <br><br> DEBRA DEXTER, Warden, <br><br> Respondent. | Case No. EDCV 08-1288-RSWL (JEM) <br><br> **JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is denied and dismissed with prejudice.

DATED: 11/18/09

RONALD S.W LEW
RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE